PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA GONZALES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>E.L.F. COSMETICS, INC,<br><br>Defendants. | Case No. 2:25-cv-01580-CAS-RAO<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: February 25, 2025 |

1  TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice
2  that Plaintiff Geneva Gonzales ("Plaintiff") respectfully requests dismissal of the instant
3  action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure *with*
4  *prejudice* as to Plaintiff's individual claims, and *without prejudice* as to the putative class.
5  Defendant has not filed or served an answer to Plaintiff's Complaint, nor filed a motion
6  for summary judgment.

Dated: July 24, 2025

Respectfully submitted,

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2025, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.